IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL E. DEWEY,

    Petitioner,                 No. CIV S-09-3102 WBS GGH P

    vs.

G. SWARTHOUT, Warden,

    Respondent.            ORDER

_____/

        Pursuant to the Order, filed on November 19, 2009, petitioner, by filing dated December 22, 2009, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis (docket # 10) is granted. See 28 U.S.C. § 1915(a).

DATED: January 14, 2010            /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

GGH:009
dewe3102.ifpgrt